## CHARLES P. KELLOGG ET AL.
### v.
## SAMUEL H. SHOOP.

STATEMENT.—This case involves the same questions as those considered in Field et al. v. Shoop [*ante* 445,] and is reversed for reasons stated in that opinion.

APPEAL from the Circuit Court of Jo Daviess county; the Hon. WILLIAM BROWN, Judge, presiding. Opinion filed June 17, 1880.

Mr. W. W. WADGIN and Mr. E. L. BEDFORD, for appellants.

Messrs. LUKE & JONES and Mr. M. D. SWIFT, for appellee.

LACEY, J. This case, in all its facts and the principles of law involved, is the same as the case of Marshall Field et al. v. Samuel H. Shoop, No. 417, [*ante* 445] decided at this term. The opinion in that case is adopted for the opinion in this case.

The judgment in this case is reversed and the cause remanded.

Reversed and remanded.